TEXTRON SYSTEMS PROPRIETARY

## Textron Systems - Weapon and Sensor Systems
## Estimated Compensation Schedule For Selectron Korea Inc.
## Revised due to Production Build Plan Update

| Month | CBU Quantity for Commission Payment | Commission Payment |
|---|---|---|
| Jan-2015 Feb-2015 Mar-2015 | 20 | $206,470 |
| Apr-2015 May-2015 Jun-2015 | 0 | $0 |
| Jul-2015 Aug-2015 Sep-2015 | 36 | $371,645 |
| Oct-2015 Nov-2015 Dec-2015 | 30 | $309,705 |
| Jan-2016 Feb-2016 Mar-2016 | 35 | $361,322 |
| Apr-2016 May-2016 Jun-2016 | 14 | $144,529 |
| Jul-2016 Aug-2016 Sep-2016 | 60 | $619,409 |
| Oct-2016 Nov-2016 Dec-2016 | 85 | $877,496 |
| Jan-2017 Feb-2017 Mar-2017 | 81 | $836,202 |
| | 361 | $3,726,778 |

Textron Systems reserves the right to modify the Compensation Schedule to align with the production build plan and U.S. Government payments to Textron Systems.

Assumes quarterly payments to Selectron 60 days after the end of the quarter during which the commission was earned.

TEXTRON SYSTEMS PROPRIETARY