## TECHNICAL ASSISTANCE AGREEMENT
## TA 3252-14

**THIS AGREEMENT** is entered into between

- **Textron Systems Corporation**, a corporation organized and existing under the laws of the State of Delaware, with offices at 201 Lowell Street, Wilmington, MA 01887 (hereinafter referred to as "TSC")

- **Republic of Korea Air Force** ("ROKAF") for the Government of the Republic of Korea ("ROK") PO Box 501-306 663 Gyeryongdaero, Shindoan Myun, Gyeryong Si, Chungnam (hereinafter referred to as the Foreign Parties)

- **Selectron Korea Inc.; having a place of business at** 4th Floor, Castle Praha Building, 395-19, Seokyo-Dong, Mapo-Gu, Seoul, 121-840, Korea; (hereinafter referred to as "Selectron")

and is effective upon the date of signature of the last party to sign the Agreement.

**WHEREAS**, Textron Systems Corporation ("TSC") is a U.S. manufacturer of defense articles, known for intelligent battlefield and surveillance systems, and precision smart weapons including Sensor Fuzed Weapon ("SFW") CBU-105D/B (P3I configuration) with the BLU-108 submunition, and

**WHEREAS**, Government of the Republic of Korea ("ROK") has entered into a contract for the purchase and delivery of the Sensor Fuzed Weapon (SFW) system (CBU-105, which include the BLU-108 Submunition, and are hereinafter referred to as "SFW") which has generated an offset requirement equivalent to thirty percent (30%) of the total Supply Contract, and

**WHEREAS**, TSC will provide (6) six FZU-39/B sensor test systems, instructional manuals and training to the ROK Air Force as a part of the FZU-39/B Sensor Field Test System Program which would partially fulfill TSC's total offset obligation to the ROK. This program will provide the ROK with the logistics support capability to periodically assess the operational viability of this critical component of the Sensor Fuzed Weapon (SFW) System, and

**WHEREAS**, Selectron, TSC's consultant in the Republic of Korea, will represent TSC and interface with the customer; and

**WHEREAS**, TSC, Selectron, and the Foreign Parties wish to provide for such interaction and exchange in conformity with the International Traffic in Arms Regulations ("ITAR");

**NOW THEREFORE**, the parties desire to enter into this Agreement as follows:

1. This Technical Assistance Agreement intended to cover the exchange of technical assistance and technical data by TSC to the Foreign Parties relating to delivery under separate license of (6) six FZU-39/B sensor test systems and the FZU-39/B Sensor Field Test System Program.

   This Agreement expires on May 31, 2024.

2. It is understood that this Agreement is entered into as required under U.S. Government Regulations and, as such, it is an independent agreement between the parties, the terms of which will prevail, notwithstanding any conflict or inconsistency that may be contained in other arrangements between the parties on the subject matter.

3. The Parties agree to comply with all applicable sections of the ITAR of the U.S. Department of State and that more particularly in accordance with such Regulations the following conditions apply to this Agreement:

I. **ITAR Section 124.7**

(1) <u>Hardware</u>

The defense articles to be permanently or temporarily exported, or temporarily imported in furtherance of this Agreement under separate export licenses (e.g., DSP-5, DSP-61, DSP-73) include:

(6) Six FZU-39/B Sensor Field Test Systems Part Number 335-100037 and miscellaneous spares and parts covered under the ITAR and EAR.

(2) <u>Technical Assistance and Technical Data</u>.

TSC will provide the Foreign Parties with technical assistance in the form of unclassified technical discussions and attendance at technical interchange meetings with the Foreign Parties relating to the use and maintenance of the FZU-39/B Sensor Field Test Systems, as outlined in "Exhibit A" of this agreement.

TSC will provide the Foreign Parties with unclassified technical data relating to the FZU-39/B Sensor Field Test Systems in the form of instructional manuals and training documents in written, printed and electronic form, consisting of that which is outlined in "Exhibit A" of this agreement.

(3) <u>Duration</u>

This Agreement shall expire on May 31, 2024

(4) <u>Place of Performance, End-Use, Sub-Licensing, Third Country/Dual Nationals</u>

  a. The transfer of Technical Data, defense articles, and defense services is authorized between the United States and South Korea for end-use by the government of the Republic of Korea.

  b. Sub-licensing rights are granted to the foreign licensees; Defense Acquisition Program Administration (DAPA) for the Government of the Republic of Korea.

  Sublicensees are required to execute a Non-Disclosure Agreeement (NDA) prior to provision of, or access to the defense articles, technical data or defense services. The executed NDA, referencing the DDTC case number and incorporating all the provisions of the Agreement that refer to the United States government and the Department of State (i.e., §124.8 and §124.9), will be maintained on file by TSC for five years from the expiration of the agreement.

  c. Dual/third country national employees are <u>not</u> authorized under this agreement.

  d. The U.S. applicant (or U.S. signatories) does not currently employ Foreign Person(s).

  e. Contract employees to any party to this Agreement hired through a staffing agency or other contract employee provider shall be treated as employees of the party for US export control purposes, and that party is legally responsible for the employees' actions with

TA 3252-14                              2

regard to transfer of ITAR controlled defense articles to include technical data and defense services. Transfers to the parent company of any contract employees are not authorized. The party is further responsible for certifying that each employee is individually aware of their responsibility with regard to the proper handling of ITAR controlled defense articles, technical data, and defense services.

## II.     ITAR Section 124.8

(1) This Agreement shall not enter into force, and shall not be amended or extended, without the prior written approval of the Department of State of the United States Government.

(2) This Agreement is subject to all United States laws and regulations relating to exports and to all administrative acts of the United States Government pursuant to such laws and regulations.

(3) The parties to this Agreement agree that the obligations contained in this Agreement shall not affect the performance of any obligations created by prior contracts or subcontracts which the parties may have individually or collectively with the United States Government.

(4) No liability will be incurred by or attributed to the United States Government in connection with any possible infringement of privately owned patent or proprietary rights, either domestic or foreign, by reason of the United States Government's approval of this Agreement.

(5) The technical data or defense services exported from the United States in furtherance of this Agreement and any defense article which may be produced or manufactured from such technical data or defense service may not be transferred to a foreign person except pursuant to §§124.16 and 126.18, as specifically authorized in this Agreement or where prior written approval of the Department of State has been obtained.

(6) All provisions in this Agreement which refer to the United States Government and the Department of State will remain binding on the parties after the termination of this Agreement.

## III.    General Provisions

(1) No party shall assign, or in any manner transfer, any rights granted or its interests in this Agreement or any part hereof, without first obtaining the prior written approval of the other party(ies), which shall not be unreasonably withheld or delayed.

(2) Certain of the technical information, data or assistance furnished under this Agreement may be considered proprietary information of the disclosing party, in which case any confidentiality agreement or other related provisions as mutually agreed between the parties shall apply in addition to the provisions of this Agreement.

(3) This Agreement is intended to facilitate the exchange of technical information in compliance with the ITAR and is not intended to be, and shall not be construed to create a teaming agreement, joint venture, association, partnership, or other business organization or agency arrangement, and no party shall have the authority to bind any other party without separate written agreement between such parties.

(4) Either party may terminate this Agreement upon thirty (30) days' written notice to the other party.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed effective as of the day and year above provided.

TA 3252-14                                                    3

| TEXTRON SYSTEMS CORPORATION | REPUBLIC OF KOREA AIR FORCE |
| --- | --- |
| | Ministry of Defense South Korea |
| By: *Paula Canela* (signature) | By: _____ |
| Name: PAULA CANELA | Name: _____ |
| Title: PRINC. EXPORT ANALYST | Title: _____ |
| Date: 4/10/2015 | Date: _____ |

SELECTRON KOREA INC.

By: _____
Name: _____
Title: _____
Date: _____

EXHIBIT A

FZU-39/B SENSOR FIELD TEST SYSTEM

This statement of work defines the effort required to provide a FZU-39/B Sensor Field Test System Program to the Republic of Korea (ROK). This program will allow the user with the logistics support capability to periodically assess the operational viability of a critical component of the Sensor Fuzed Weapon (SFW) System the capability to extend the technology beyond the CBU-105 to other similar systems. Textron will also provide instructional manuals; subject matter expert lead training; demonstration of the FZU-39/B Field Test System capabilities; and the FZU-39/B Sensor Field Test System assessment process.

Background:
As a part of the CBU-105 (Sensor Fuzed Weapon) Offset Program, TSC wishes to provide Six (6) FZU-39/B Sensor Field Test Systems to the ROK to be located at facilities of strategic importance. Textron has made the assumption that these test systems will be located at six (6) discrete facilities where the Sensor Fuzed Weapon will be stored. These FZU-39/B Sensor Field Test Systems will be manufactured by Textron in the United States and shipped to the ROK.

The FZU-39 is a critical subassembly to the CBU-105D/B munition. The FZU-39 is a proximity sensor used to detect a preset height of the munition above the ground to inform both the TMD Fuze and WCMD Tail that they are at the correct height of function. Its proper function is necessary for optimal performance of the CBU-105D/B munition. The FZU-39 Sensor Field Test System, knowledge transfer, training, and demonstration will provide the ROK the tools and know-how to evaluate the FZU-39/B Proximity Sensor for key performance characteristics at each CBU-105 storage facility.

This Technical Assistance Agreement will allow TSC to provide training to the foreign parties. The training will enable program participants with the knowledge to operate this comprehensive functional evaluation tool and the process in evaluation. This automated capability will enable the user to identify malfunctioning FZU-39/B sensors, and in the case of a failed test, identify which FZU-39 function failed.

Training :
As part of this offset project, Textron will generate the content and provide comprehensive local training in the ROK. The following represents the expected FZU-39/B Sensor Field Test System classroom and laboratory training schedules:

Classroom Training – FZU-39/B Sensor Field Test System Program

- **Classroom Training:** A thorough and comprehensive training of the CBU-105 and FZU-39/b hardware, hardware function, Field Test Set (FTS) components, function, preparation, set-up, testing, test validation, cleaning and maintenance.
    - CBU-105 Introduction
        - CBU-105 101- System Overview
    - FZU-39/B Proximity Sensor Operation
        - Manufacturing History
        - FZU-39/B Basic Information
        - CBU-105 Major Component Review
        - Component Interconnection
        - FZU-39/B Operation

- - - FZU-39/B Features
    - FZU-39/B Proximity Sensor Operation Recap
  - Field Test Set (FTS) Overview & Functional Description of Operation
    - FZU-39/B Field Test Set (FTS) Basic Information
    - Field Test Set (FTS) Parametric Information
    - Field Test Set (FTS) Functional Description of Operation
    - Field Test Set (FTS) Overview & Functional Description of Operation Recap
  - Field Test Set (FTS) Nomenclature & Physical Description
    - Field Test Set (FTS) Component Review
    - Visual Familiarization of the Field Test Set (FTS) Components
      - Field Test Set (FTS)- Case
      - Field Test Set (FTS)- A/C Power Cable
      - Field Test Set (FTS)- FZU-39/B Unit Under Test (UUT) Cable
      - Field Test Set (FTS)- Wrist Straps (2)
      - Field Test Set (FTS)- User Manual (2)
      - Operation Controls Review
      - Field Test Set (FTS) Nomenclature & Physical Description Recap
  - Field Test Set (FTS) Preparation and Inspections
    - Field Test Set (FTS) Preparation- Step by step Instruction
    - Field Test Set (FTS) Inspection- Step by step Instruction
      - Test Set Case
      - Test Set Panel
      - Cable Assemblies- Unit Under Test (UUT) & A/C Power Cable
      - Wrist Strap
    - Field Test Set (FTS) Preparation and Inspections Recap
  - FZU-39/B Removal from a CBU-105
    - CBU-105 Preparation- Step by step Instruction
    - FZU-39/B Removal- Step by step Instruction
  - Field Test Set (FTS) Test Setup
    - Test Set Case
    - Unit Under Test (UUT) Cable
    - A/C Power Cable
    - Wrist Strap
    - Test Set Panel
      - LED Sequence
      - Field Test Set (FTS) Self Test
      - Set-Up Completion Review
    - Breaker Functionality
    - Field Test Set (FTS) Test Setup Recap
  - Field Test Set (FTS) Testing the FZU-39/B and Normal Results
    - FZU-39/B Switch Positions
    - FZU-39/B Placement, Alignment & Connection
    - Field Test Set (FTS) Testing Process
    - Field Test Set (FTS) Test Completion
    - Field Test Set (FTS) Testing Normal Results
    - Field Test Set (FTS) Testing the FZU-39/B and Normal Results Recap
  - Field Test Set (FTS) Abnormal Results and Troubleshooting
    - Abnormal Test Result Types

- Overview of Possible Outcomes
  - FZU-39/B Placement, Alignment & Connection Inspection
  - Abnormal Test Result Trouble Shooting Process
  - Field Test Set (FTS) Abnormal Results and Troubleshooting Recap
- FZU-39/B Installation Process onto a CBU-105
  - CBU-105 Preparation- Step by step Instruction
  - FZU-39/B Installation- Step by step Instruction
  - FZU-39/B Installation Completion Inspection
  - FZU-39/B Installation Recap
- Field Test Set (FTS) Care and Maintenance
  - Field Test Set (FTS) Care and Maintenance Best Practices
  - Field Test Set (FTS) Care and Maintenance Recap

- Laboratory Training: Hands-on application of the classroom training; including but not limited to, Field Test Set (FTS) Preparation, Set-up, CBU-105 Set-up, FZU-39/B removal, FZU-39/B Testing, Test validation, trouble shooting, Clean-up and Maintenance.
  - Student Performed, Trainer Observed- Field Test Set (FTS) Preparation and Inspections
  - Student Performed, Trainer Observed FZU-39/B Removal from a CBU-105
  - Student Performed, Trainer Observed - Field Test Set (FTS) Test Setup
  - Student Performed, Trainer Observed - Field Test Set (FTS) Testing the FZU-39/B
  - Student Performed, Trainer Observed - Field Test Set (FTS) Abnormal Result Review
  - Student Performed, Trainer Observed - Field Test Set (FTS) Abnormal Result Troubleshooting
  - Student Performed, Trainer Observed - FZU-39/B Installation onto a CBU-105
  - Student Performed, Trainer Observed - Field Test Set (FTS) Care and Maintenance
  - Trainer, Student Out brief
    - Review of Results
    - Detailed reiteration of trouble areas
    - Validation of Knowledge Transfer and Student Capability

**TEXTRON SYSTEMS CORPORATION**

By: *Paula Canela* (signature)
Name: PAULA CANELA
Title: PRINC. EXPORT ANALYST
Date: 4/10/2015

**SELECTRON KOREA INC.**

By: _____
Name: _____
Title: _____
Date: _____

**REPUBLIC OF KOREA AIR FORCE**
**Ministry of Defense South Korea**

By: Honggu Kim
Name: Honggu Kim
Title: R.O.K.A.F
Date: 4/23/2015

TA 3252-14                                4