전체메일

**[FW]Commission Invoice!**                                   17.11.19 17:18:05 [GMT +09:00 (서울, 도쿄)]

보낸사람: 김용남 <yong.kim@selectron.co.kr>   연관 메일 보기

일반 첨부파일 총 3건 (35.63KB)   전체 다운로드

EXHIBIT 2 (Selectron).pdf 11.71KB 및 미리보기

ROKAF Estimated Payment Schedule- Selectron Revised 01-15-2015.xlsx 10.48KB 및 미리보기

Selectron Korea Inc Exhibits 1.pdf 13.27KB 및 미리보기

Textron 커미션 관련 메일인데 첨부 엑셀 파일에 예상 커미션 일정이 있는데 우리가 11월에 계약파기 통보를 받아 두번째 까지만 받은걸로 기억합니다.

----- Original Message -----
From : Alexander Todd <alexandt@textronsystems.com>
To : 김용남 <yong.kim@selectron.co.kr>
Sent : 2015-01-17 00:43:57
Subject : Commission Invoice!

Mr. Kim
I'm pleased to request an invoice for your commission payment. The amount to invoice will be $206,470. If you could invoice us quickly I will try to get payment sent soonest.
For the invoice of the delivered units, please provide a signed copy of the attached documents. We will also needs your activity report to process the commission payment.
v/r
-Todd

**Todd Alexander**
Director, International Capture
Textron Systems Corporation

**Textron Systems**
**Weapon & Sensor Systems**
201 Lowell Street
Wilmington, MA 01887
alexandt@textronsystems.com
O} +1-976-657-6718
M) +1-443-841-2879
www.textronsystems.com
Connect with us:

"Hoya Saxa"