

**SELECTRON**
SELECTRON KOREA INC.

4th Fl, Suh il Bldg,. 359-37, Hapjeong-Dong, Mapo-Gu, Seoul, 121-884 Korea
Phone (82) 2-3143-6770 Fax (82) 2-3143-6773

January 24, 2015

To: Textron Systems Weapon & Sensor Systems
　Todd Alexander
　Director, International Capture
　201 Lowell Street
　Wilmington, MA 01887

| Date | Contract/PO Reference | Customer Payment Under Contract/PO | Commission Rate | Total |
|---|---|---|---|---|
| Jan. 24th, 2015 | CBU-105 for ROKAF | For 20 CBU-105 | 2% | $206,470 |

**Total Compensation:** $206,470

Attachments:　(1) Activity report for 4th Qr of 2014
　　　　　　　(2) Certification (Exhibit 2)

Wiring Instruction:

| | | |
|---|---|---|
| **Advising Bank** | **Name** | SHINHAN BANK |
| **Bank Address** | | Banponam Banking Center 30-25, Banpo 2(i)-dong, Seocho-gu, Seoul 137-801, Korea |
| **Swift Code** | | SHBKKRSE |
| **Account Name** | | SELECTRON KOREA INC. |
| **Account No.** | | 180-001-299185 |



**SELECTRON**
SELECTRON KOREA INC.

4th Fl, Suh il Bldg, . 359-37, Hapjeong-Dong, Mapo-Gu, Seoul, 121-884 Korea
Phone (82) 2-3143-6770 Fax (82) 2-3143-6773

Number of Total Page(s):   4
Date :                     January 24, 2015
To :                       Todd Alexander
                           Director, International Capture
                           Textron Systems Weapon & Sensor Systems
From :                     Selectron Korea Inc.

Subject :     4th Quarter of 2014 Activity Report

## 1. Names and Positions of all Selectron individuals performing services for Textron Systems Weapon & Sensor Systems

- Mr. Tai Heon Ham, President
- (Ret.ROKAF Col.) Kwang-Soo Ahn, Vice President
- (Ret. ROKN CAPT.) Hyun Hwan Yang, Director of Navy Program
- (Ret. ROKAF Maj.) Yong Nam Kim, Senior Manager
- (Ret. ROKA MG) Heong Soo Kim, Advisor
- (Ret. ROKN RADM) Hwa Soon Lim, Advisor

## 2. Activities and events completed to support Textron Systems Weapon & Sensor Systems.

Contacted People

Mr. Chang-Bae Lee, SFW Program Manager of DAPA

Col. Chang-Yeo Lee, Head of FMS Team of DAPA

LtCol. SH Kim, Precision Weapon Manager of ROKAF HQ

Mr. Hae-Jin Lee, Offset Program Manager for SFW, DAPA

Ji-Hyun Jung, Offset Program Manager of ROKAF HQ

Mr. Hyun-Hee Lee, Sr. Researcher of DTaQ

1

Program Status

- FMS Case: Because there are remaining budget after the 1st amended LOA, DAPA is going to amend again current SFW FMS case to use remaining budget $40M and 2nd amendment LOA amendment is on-going process now. According to AFSAC, it will be amended end of January, 2015. DAPA deposited money in USG is $31M for SFW in 2014 and they needs to send more payment in this year. Due to this, they want more SFW delivery in this year.

- Delivery SFW; First SFW delivered to ROKAF succesfully at end of 2014 and those are dispatched to FA-50 operating base. Base commender is interesting about CBU-105 and he is considering to buy dummy model of CBU-105 for display which is same as Textron displayed on 2014 Seoul ADEX. They want to use it for education/training and promotion purpose. Textron will provide the quotation of SFW dummy (for display only) and ROKAF will make a decision to buy or not.

- SFW-ER(Extended Range) solution: For the SFW-ER solution, Selectron Korea recommend KGGB(Korea GPS Guided Bomb) wing kit. KGGB is developed by ADD and manufactured by LIG Nex1, it can be mounted on a 500-pound (225kg) bomb, enabling it to precisely hit specific targets. A combat plane with KGGB is able to hit a target day or night even when the target is blocked by a mountain. KGGB is able to work in a curve motion. Old fighter planes such as the F-4 and the F-5 can benefit with KGGB mounted on them. Its maximum shooting range is 100km and the range of error is within 13m and the costs is around $100K a head. Compared with JDAM (Joint Direct-Attack Munition) which is currently used in the Air force, KGGB is much more precise. It is less costly as well.

- The meeting with Textron and ROK ADD was held on 1st Dec. 2014 at Textron fercility. During the meeting ADD presentaed several options for SFW-ER solution. Currently, LIG Nex1 who is manufacturer of KGGB wing kits and Textron is on NDA process. And ADD will request to JUSMAG-K CBU-105 information for the next step.

Offset

Selectron Korea assist Textron's SFW offset implementation during the 2014. The training of M&S based Virtual T&E Technology for WCMD (TWASP & COEA) and Quality Evaluation /Assurance and technology on the TMD and FZU-30 Proximity Fuze projects for ADD and DTaQ are completed. And other projects are on going

process now.

Selectron people had a business trip to support offset trainee at Textron facility.

Mr. Jae Yong Lee : Sep. 22nd ~ 24th 2014

Mr. Yong Nam Kim: Nov. 24th ~ Dec. 2nd 2014

### Activity for the additional SFW requirement

- **KF-16 Upgrade Program**

BAE(Prime contractor) and Raytheon(RDR system) were selected for ROKAF KF-16 upgrade program on 2013. However, according to DAPA, because those two companies breached MOA (increase price), DAPA does not need to keep these companies for KF-16 upgrade program contractors anymore. Even they are insisting on that the price increase is due to the USAF's work scope change.

DSCA director vice-admiral Joe Rixey had a meeting with DAPA Commissioner Mr. Lee Yong Gul on Oct. 22, 2014, but they could not have clear solution.

DAPA is thinking change the contractor from BAE to LM (DAPA already sent a letter to AFSAC to hold the all process related KF-16 on Nov. 2014)

Based on our information, LM seems like to propose to DAPA that they can do little higher that original budget $1.7Bill. But the biggest variable is USAF. Currently, no one knows where/what's going on this program. But the sure thing is that it will be delayed in a certain time.

DAPA is expecting to get LOA for this program on Feb. 2015

- **KFX Program**

KFX program is an indigenous development plan for next generation (4.5 Gen) Fighter. The quantity is about 250 and it will be replaced current ROKAF aging fighters, F-4 and F-5s. The total budget is $8.6B and development periods 2015~2025. DAPA issued RFP on Dec. 2014 and KAI and KAI will submit proposal at Feb. 2015.

There are many weapon system are candidates for KFX. CBU-105 is one of them also. The final weapon system is not fixed ye. It will be modified and decided during the development stage and Selectron is promoting and providing CBU-105 information.

The prime contractor will be selected this May and major weapon system will be decided in this year.

- **ROKN S-3B Program**

ROK Navy has plan to buy and modify 20/S-3B from USN. The program is reviewed by ROK JCS for the final approval. If ROK JCS approve this program, it will be started in this year. ROKN is considering various weapon system for the S-3B and CBU-105 is one of them. To protect ship form small fast boats and support landing operation is part of S-3B's main missions. Naval version of CBU-109 will be helpful to ROKN's S-3B weapon system selection. Selectron is promoting to select CBU-105 for ROKN's S-3B.

- **F-15K integration for SFW capability**

ROKAF is tried to integrate SFW capability for F-15K, but it is delayed due to Boeing's high costs, about $35M. ROAKF is thinking that integration together with other weapon system integration such as AIM-9X, but it is not sure when it will be. And also the high cost is still problem.

## 3. Future required Activities

- **Support current Program**

SFW will be delivered until 2017 under current FMS LOA. Selectron will keep in touch with ROKAF to monitor and support SFW delivery.

Continuously support remaining offset project.

- Promotion for additional quantity

KFX, KF-16 Upgrade and S-3B program

- SFW-ER solution

Coordination with ADD and LIG Nex1

Selectron
Page 1 of 1

## EXHIBIT 2

### CERTIFICATION

In connection with the transactions contemplated under the Consultant Agreement with Textron Systems or one of its operating units (the "Company") or in connection with the any other business transaction, Consultant hereby:

1. Represents and certifies that Consultant has not and will not offer, pay, promise to pay, or authorize the payment, directly or indirectly, of any money or anything of value to:

    (i) any Government Official (as defined in the Agreement);
    (ii) any political party, official of a political party, candidate for political office;
    (iii) any intermediary for payment to any of the foregoing;
    (iv) any officer, director or employee of the Company or any of its affiliates;
    (v) any Close Family Member (as defined in the Agreement) of any of the foregoing;

or
    (vi) any other person or entity if such payment or transfer would violate the laws of the country in which made or the laws of the United States.

2. Represents and certifies that no direct or indirect owner, officer, director or employee of the Consultant is a Government Official, an official of a political party or a candidate for political office in any country which Consultant performs services under this Agreement, or a Close Family Member of a Governmental Official, official of a political party or a candidate for political office.

3. Certifies that this is a full and complete disclosure as to the matters set forth above and agrees that this Certification will be supplemented in the event facts become known which would materially change this Certification.

Consultant: _Selectron Korea Inc._
By: _Yong Nam K_
Printed Name: _YONG NAM KIM_
Title: _Director_
Date: _Jan. 3rd, 2015_