

**SELECTRON**
SELECTRON KOREA INC.

4th Fl, Suh il Bldg,. 359-37, Hapjeong-Dong, Mapo-Gu, Seoul, 121-884 Korea
Phone (82) 2-3143-6770  Fax (82) 2-3143-6773

July 13, 2015

To: Textron Systems Weapon & Sensor Systems
    Todd Alexander
    Director, International Capture
    201 Lowell Street
    Wilmington, MA 01887

| Date | Contract/PO Reference | Customer Payment Under Contract/PO | Commission Rate | Total |
|---|---|---|---|---|
| July 13th, 2015 | CBU-105 for ROKAF | For CBU-105 | 2% | $557,468 |

**Total Compensation:** $557,468

Attachments:  Activity report for 2nd Qr of 2015

Wiring Instruction:

| | |
|---|---|
| **Advising Bank Name** | SHINHAN BANK |
| **Bank Address** | Banponam Banking Center 30-25, Banpo 2(i)-dong, Seocho-gu, Seoul 137-801, Korea |
| **Swift Code** | SHBKKRSE |
| **Account Name** | SELECTRON KOREA INC. |
| **Account No.** | 180-001-299185 |



**SELECTRON**
SELECTRON KOREA INC.

4th Fl, Suh il Bldg, . 359-37, Hapjeong-Dong, Mapo-Gu, Seoul, 121-884 Korea
Phone (82) 2-3143-6770 Fax (82) 2-3143-6773

Number of Total Page(s):  4
Date :                   July 13, 2015
To :                     Todd Alexander
                         Director, International Capture
                         Textron Systems Weapon & Sensor Systems
From :                   Selectron Korea Inc.

Subject :    2nd Quarter of 2015 Activity Report

## 1. Names and Positions of all Selectron individuals performing services for Textron Systems Weapon & Sensor Systems

- Mr. Tai Heon Ham, President
- (Ret.ROKAF Col.) Kwang-Soo Ahn, Vice President
- (Ret. ROKN CAPT.) Choi, Hee Hwan, Director of Navy Program
- (Ret. ROKAF Maj.) Yong Nam Kim, Director of Air Force Program
- (Ret. ROKN RADM) Hwa Soon Lim, Advisor
- Mr. Hyun Moo Lee, Senior Manager

## 2. Activities and events completed to support Textron Systems Weapon & Sensor Systems.

Contacted People

Mr. Won Ki Seok, SFW Program Manager of DAPA

Mr. Jong Ju Lee, Director of Offset Div. DAPA

Mr. Tae Kyu Rue, Director of 7-1, ADD

Col. Jun Ho Jin, Chief of Armaments ROKAF HQ

LtCol. SH Kim, Precision Weapon Manager of ROKAF HQ

Mr. Hae-Jin Lee, Offset Program Manager for SFW, DAPA

Ji-Hyun Jung, Offset Program Manager of ROKAF HQ

Program Status

SFW- FMS case

After first delivery of SFW to ROKAF at end of 2014, ROKAF is using SFW for FA-50 first. ROKAF will operating 60/FA-50 and it's main mission is CAS(Close Air Support) and most of SFW will be used for CAS mission. Textron engineering staff were in Wonju-si from 11-15 May to conduct the training for the CBU-105 and it was successful.

However, ROKAF FA-50 has a problem to display SFW drop data to its HUD. According to ROKAF's request to update SFW data to FA-50, KAI is looking forward to buy it. If they can buy it through DCS, they will order it very soon. The followings are what they want to get;

- WCMD Mission Planning Module S/W(based on CPP or C#) for PC
- WCMD Mission Planning Module Interface Description Document
- Technical Support for S/W integration and test to FA-50MPS (Mission Planning System) with KAI

  ✱ According to KAI, they are going to make a contract with Iraq for FA-50 sale soon.

ROKAF SFW Model

ROKAF requested to Textron the full-scale of SFW model for education and display on June 24, 2015.

SFW-ER(Extended Range) solution.

After the meeting with Todd Alexander, Textron and LIG N1 for SFW-ER on May 2015, LIG N1 & ADD are working together for preparing SOW(draft) and LIG N1's current concerns are;

1. How much Textron can invest for SFW-KGGB
2. ROKAF's upgrade plan (SFW-KGGB)
3. Opportunity of export

They want to have a meeting to verify SOW and discuss above issues with Textron in near future.

Offset

Selectron Korea assists below Textron's SFW offset implementation during the 2015.

- June 8 ~ June 19, 2015: TWASP technical assistant for ADD
- June 15, 2015: Meeting with SFW offset manager DAPA
- June 16~17, 23, 2015: Meeting with KM-eng for SFW Container CNU-411

## Activity for the additional SFW requirement

- **KF-16 Upgrade Program**

DAPA is still waiting for LOA but it is delayed. Many of DAPA people are worrying about that LOA amount is higher than budget ($1.6B). According to DAPA's regulation, if the cost is over the 20% of budget, it should be start from the beginning.

If KF-16 upgrade program is canceled or delayed for long period, KF-16 could not use SFW and it is going to be a big huddle for ROKAF's additional quantity order.

- **KFX Program**

KFX program is an indigenous development plan for next generation (4.5 Gen) Fighter. The quantity is about 250 and it will be replaced current ROKAF aging fighters, F-4 and F-5s. The total budget is $8.6B and development periods 2015~2025. DAPA selected KAI(Korea Aerospace Industries) for main contractor on March 30, 2015. Now DAPA and KAI are negotiating for contracting and It is expecting to sign the contract on September. SFW is one of KFX weapons. It will be needed to cooperate with Textron for SFW integration during the development periods.

- **ROKN S-3B Program**

ROK Navy has plan to buy and modify 20/S-3B from USN. Currently, KIDA is doing study job for verification of requirement until this September and ROK JCS will make a decision of this program based on the result of study job. The program plan is delayed one year now so, if JCS approve this program DAPA could start program on 2017 for FMS (aircrafts and FMS only items) and 2018 for DCS (Modification and integration). ROKN is considering various weapon system for the S-3B and CBU-105 is one of them.

- **F-15K integration for SFW capability**

ROAKF is thinking that integration together with other weapon system integration such as AIM-9X or RADAR upgrade, but it is not fixed when it will be.

### 3. Future required Activities

- **Support current Program**

SFW will be delivered until 2017 under current FMS LOA. Selectron will keep in touch with ROKAF to monitor and support SFW delivery.

Support FA-50's SFW update with ROKAF-KAI

Continuously support remaining offset project.
- Promotion for additional quantity

Support SFW-ER development
- Coordination with ADD and LIG Nex1

Monitoring KFX, KF-16 Upgrade and S-3B program

Promotion other Textron Product