

VIA ELECTRONIC MAIL – THHAM@SELECTRON.CO.KR
AND VIA FEDEX
AND VIA CERTIFIED MAIL

December 1, 2015

Mr. Tai Ham, Co-CEO
Selectron Korea Inc.
4th Floor, Suh il Bldg.
359-37 Hapjeong-Dong, Mapo-Gu
Seoul, 121-884
Republic of Korea

Mr. Tai Ham, Co-CEO
Selectron Korea Inc.
4th Floor Castle Praha Bldg.
395-19 Seokyo-dong Mapo-gu
Seoul, South Korea

Dear Mr. Ham:

As noted in my letter of November 23, 2015 to Mr. Yong Kim, Textron Systems has been reviewing recent press reports regarding allegations involving you as Selectron Korea Inc.'s (Selectron) CEO. Textron Systems has completed its review, and has received confirmation that you are currently under investigation for corruption.

Because of this situation, I am writing to advise you that the Textron Systems businesses are each exercising their right to terminate for cause its respective Independent Representative Agreement (IRA) with Selectron, effective immediately. More specifically, this letter serves as notice that: (i) Textron Systems Corporation d/b/a Textron Systems Weapon & Sensor Systems, AAI Corporation d/b/a Textron Systems Unmanned Systems and d/b/a Textron Systems Support Solutions, and Overwatch Systems, Ltd. d/b/a Textron Systems Advanced Information Solutions, hereby terminate their IRA dated effective February 28, 2015 with Selectron (attached as Exhibit A), and (ii) ESL Defence Limited (now known as Textron Systems Electronic Systems UK Limited) hereby terminates its IRA dated effective February 28, 2015 with Selectron (attached as Exhibit B).

The IRAs both provide that the respective Textron Systems business may immediately terminate the agreement by written notice if Selectron or any of its owners or employees has become the target of an investigation by any government authority for alleged corruption (Paragraph 9(c)(5)). Other provisions of the IRAs provide additional grounds.

Again, as noted in my November 23rd letter, all Selectron personnel, management, owners and affiliates should have already ceased and suspended any work they may have been performing to promote the sale of Textron Systems's products and services. As instructed in that letter, if any Textron Systems customer, potential customer, or regulatory agency contacts Selectron in its role as Textron Systems's local representative, please direct the inquiry to Kevin Kennedy, Vice President, International Business Development at kjkennedy@textronsystems.com.



I trust that you and your colleagues will understand that the Textron Systems businesses must take this step to protect the companies and its business in South Korea. Thank you for your cooperation with Textron Systems's review. We wish you the best in this difficult period.

Very respectfully,

Danny Lee
Sr. Vice President and General Counsel

DL/ma-d

cc:   Mr. Yong Kim, General Manager, Selectron Korea Inc. (via electronic mail and FedEx)
      Kevin Kennedy, VP, International Business Development, Textron Systems
      Brian Sinkiewicz, Sr. VP & General Manager, Textron Systems Weapon & Sensor Systems
      William Irby, Sr. VP & General Manager, Textron Systems Unmanned Systems
      John Hayward, Sr. VP & General Manager, Textron Systems Support Solutions
      Stephen Mensh, Sr. VP & General Manager, Textron Systems Electronic Systems
      Daryl Madden, Sr. VP & General Manager, Textron Systems Advanced Information
         Solutions

124 Industry Lane · Hunt Valley, MD 21030 · textronsystems.com                    TEXTRON SYSTEMS