**TEXTRON** Systems

VIA ELECTRONIC MAIL – THHAM@SELECTRON.CO.KR
AND VIA FEDEX AND REGULAR U.S. MAIL

December 3, 2015

Mr. Tai Heon Ham, Owner
Selectron Industrial Company
901 W. Walnut Street
Compton, California 90220

    Re:    Purchase Order No. DAPA-101308 (dated 8/21/2014)
             Purchase Order No. ADD-108641 (dated 7/14/2015)

Dear Mr. Ham,

I am writing with respect to the above two purchase orders issued by Selectron Industrial Company. As you know from prior correspondence addressed to you as the Co-CEO of another Selectron company, Textron Systems recently completed a review of press reports and received confirmation that you are currently under investigation for corruption.

Nevertheless, because the two referenced purchase orders were issued for the benefit of the Korean government (in one case the end user is the Korean Defense Acquisition Program Administration, and in the other case the end user is the Korean Agency for Defense Development), Textron Systems Electronic Systems UK Ltd (formerly known as ESL Defense Ltd) would like to deliver the ordered products and services to the respective end users. In light of the press reports regarding corruption allegations however, Textron Systems must receive assurances from Selectron that no improper payments either have been or will be made in connection with the re-sale of goods and services pursuant to these purchase orders. To this end, I have attached a Certificate of Compliance with Ethical Practices for execution by an authorized representative (other than yourself) on behalf of Selectron Industrial Company.

I look forward to receipt of the counter-signed Certificate so that Textron Systems may proceed with the deliveries.

Very respectfully,

Danny Lee
Sr. Vice President and General Counsel

DL/ma-d
Enclosure

cc:    Kevin S. Cho, Director of Purchasing Group, Selectron Industrial Co.
       Joon Oh, Purchasing Manager, Selectron Industrial Co.
       Stephen Mensh, Sr. VP & General Manager, Textron Systems Electronic Systems
       Kevin Kennedy, VP, International Business Development, Textron Systems
       Mark Evans, Business Development Manager, Textron Systems Electronic Systems UK Ltd.
       Tim Liu, Finance Director, Textron Systems Electronic Systems UK Ltd.

A Textron Company

## CERTIFICATE OF COMPLIANCE WITH ETHICAL PRACTICES

I _____ certify, represent and warrant on behalf of myself and Selectron Industrial Company ("Company") that:

1. I am authorized to make the representations and warranties contained herein and to execute this certification on behalf of Company.

2. In connection with the purchase or re-sale of goods purchased from ESL Defence Limited (now known as Textron Systems Electronic Systems UK Ltd, hereafter "Textron Systems"), including but not limited to Orders ADD-108641 and DAPA-101308, neither Company nor any of its owners, directors, officers, employees, subcontractors, agents or other representatives has directly or indirectly offered, paid, promised to pay, or authorized the payment of any money or anything else of value to any of the following:

    (a) any official or employee of any national, federal, regional, or other governmental department, agency, or other entity;

    (b) any officer or employee of a government-owned or -controlled commercial enterprise;

    (c) any political party or official thereof, or to any candidate for political office;

    (d) any official or employee of any public international organization;

    (e) any officer, director, employee of any other organization;

    (f) any agent, representative, or family member of any of the foregoing; or

    (g) any other person employed by a company or organization in the private sector

    in each case for the purpose of (i) influencing or inducing any act, decision or omission to do any act in violation of a lawful duty; (ii) inducing that person to violate his or her duty of loyalty to his or her employer; or (iii) securing any improper advantage for Company or for Textron Systems or any of its affiliates.

3. Company has successfully completed TRACE International's anti-bribery due diligence process and shall provide Textron Systems with a copy of its TRACE certification.

4. Company has not received any notice, subpoena, demand or other communication (whether oral or written) from any governmental authority regarding Company's actual, alleged, possible or potential violation of, or failure to comply with, any laws, regulations or industry codes governing bribery, money laundering, or other corrupt payments, or improper gratuities and, to its best knowledge, Company is not the subject of any governmental investigation, audit, suit or proceeding (whether civil, criminal or administrative) regarding its violation of, or failure to comply with, any such laws, regulations or industry codes.

5. Company has complied with and will continue to comply with all applicable laws, regulations and industry codes governing bribery, money laundering, and other corrupt payments, and improper gratuities so long as Company has a business relationship with Textron Systems.

**Signature:** _____   **Date:** _____
**Name:** _____
**Position:** _____