

# SELECTRON KOREA INC.

4th FL, 59, Dongmak-ro, 7-gil, Mapo-gu, Seoul, 04043 S.Korea

Tel: 82-2-3143-6770   Fax: 82-2-3143-6773   Email : chh@selectron.co.kr

---

Date : December 11, 2019                    Ref : SKI-S20191211-1

David Scaringella
Vice President
Textron Systems
201 Lowell Street Wilmington, MA 01887, USA

Subject : Past due payments

---

Dear Mr. Scaringella,

Reference is made to that certain Independent Representative Agreement, effective as of March 1, 2012, by and between the Textron Systems and Selectron Korea Inc.

As you are aware, pursuant to the Agreement, the Textron Systems is obligated to pay commissions to us in respect of our services under the Agreement. We have received the first two but not the rest of such commission payments.

As Sensor Fuzed Weapon (defined as CBU-105) has been delivered to and accepted by the Defense Acquisition Program Administration in Korea, with the last delivery accepted in 2017, we kindly request that you process as soon as possible the outstanding commission payments due and payable to us.

If you need any additional information or confirmation from us, please let us know by December 31, 2019.

All of Selectron's rights are reserved.

Thank you.

Best regards,

Choi, Hi Hwan
Executive Director
Business Development
Selectron Korea Inc.