# TEXTRON Systems

David T. Scaringella
Vice President, Tactical Systems
Textron Systems
201 Lowell Street
Wilmington, MA 01887

Direct : 978.657.1162
Email : dscaring@textronsystems.com

**VIA EMAIL – chh@selectron.co.kr**
**AND REGULAR MAIL**

2 January 2020

Choi, Hi Hwan
Executive Director
Business Development
Selectron Korea Inc.
4th Floor, 59 Dongmak-ro
7-gil, Mapo-gu
Seoul, 04043
South Korea

Re:   Termination of Independent Representative Agreement Between Textron Systems Businesses and Selectron Korea Inc.

Dear Mr. Choi:

Thank you for your letter of December 11, 2019. Based on your letter, I expect you are not aware that Textron Systems terminated the two Independent Representative Agreements between Textron Systems businesses and Selectron Korea Inc. ("Selectron") by way of its letter dated December 1, 2015 addressed to the company's principal, Mr. Tai Ham. I've attached a copy of that letter, along with a copy of the agreements for your reference.

As you can see, Textron Systems terminated the Independent Representative Agreements for cause as permitted by their express terms. As also provided in the agreements, because of the termination, Selectron was "not entitled to received, and [Selectron] . . . waive[d] rights to, any compensation following termination for cause, even if resulting from [Selectron's] efforts prior to such termination." (See section 9(c).)

If you have any additional questions, please feel free to contact me.

Very truly yours,

David T. Scaringella
Vice President

DS/ma-d
Enclosure
Cc:   Melisse Ader-Duncan, Sr. Associate General Counsel
      David Condurelli, Vice President, Business Process Controls
      John Elligson, General Counsel