UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Selectron Korea Inc.

     Plaintiff

  v.                                         CIVIL ACTION NO. 1:20-11218-RGS

Textron Systems Corporation

     Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The court having been advised on November 5, 2020 that the above-entitled action has settled:

It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (60) days if settlement is not consummated.

                                                                              By the court,

Dated: November 6, 2020                                   /s/ Arnold Pacho
                                                                  Deputy Clerk